IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR99 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER CLAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 128). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted. The dispositional hearing is rescheduled for:

**Thursday, October 29, 2015, at 11:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court